JACOB THOMAS, d. b. a., *vs.* MANNIE MARINER, administratrix of JOSEPH C. MARINER, deceased, p. b. r.

*Certiorari—Justice of Peace; Record of—Exceptions to—Definite Amount—Judgment Affirmed.*

The record of the Justice set out, " And now to wit, this 12th day of December, 1903, I give judgment in favor of the plaintiff and against the defendant for the sum of $173.98 with interest from August 29, 1902, and costs $2.75." *Held* that the judgment should be affirmed.

(*March 15, 1905.*)

LORE, C. J., and PENNEWILL and BOYCE, J. J., sitting.

*Charles B. Evans* for plaintiff in error.

*Reuben Satterthwaite, Jr.,* for defendant in error.

Superior Court, New Castle County, February Term, 1905.

CERTIORARI to a judgment rendered by Charles C. King, a Justice of the Peace for said county (No. 46, February Term, 1905).

The record of the Justice disclosed the following :
" Cause of action. Breach of contract. Goods sold, and delivered. Amount demanded $173.98 with interest on the same, from August 29, 1902. Issued summons to Constable Anton Sadler, December 7th, A. D. 1903, made returnable on the 12th of December 1903 at 2 p. m. with the following endorsement thereon, to wit ; served personally on Jacob Thomas on the 7th day of December A. D. 1903 and this return is verified by the oath of the Constable in writing. Plaintiff, and defendant, appears according to notice, and after hearing the evidence of both parties, and carefully weighing the same, I give judgment in favor of the Plaintiff. And now to wit this 12th day of December 1903 I gave judgment in favor of the Plaintiff Mannie Mariner, and against the defendant,

DECISION.

Jacob Thomas, for the sum of $173.98/100, with interest from August 29th A. D. 1902 and costs $2.75/100.

Charles C. King, J. P."

The following exceptions were filed by the attorney for defendant below to the above record :

"1. That the Justice of the Peace has not rendered judgment for a sum certain.

"2. That the Justice of the Peace has not rendered judgment for a definite, ascertained amount.

"3. That the Justice of the Peace has rendered judgment for the sum of One Hundred and Seventy-three dollars with interest thereon from a day prior to the day of entering said Judgment."

Judgment below affirmed.